**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Luis Miguel Malagon Vega,<br>*Petitioner*,<br>v.<br>Markwayne Mullin, *et al.*<br>*Respondents*. | Civil Action No. 1:26-cv-02601 |

**Notice of Voluntary Dismissal**

Respondents have not filed an answer or a motion for summary judgment. Petitioner hereby gives notice that this case is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this August 21, 2026.

/s/ Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg, Esq.
Virginia State Bar no. 77110
Counsel for Petitioner
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com

So Ordered

/s/ LMB
Leonie M. Brinkema
United States District Judge 8/21/26

**CERTIFICATE OF SERVICE**

On this 21st day of August 2026, I, Simon Sandoval-Moshenberg, electronically filed the foregoing Notice of Voluntary Dismissal, with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this Notice of Voluntary Dismissal, and all attachments thereto, will be delivered via PACER.

/s/ Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg, Esq.
Virginia State Bar no. 77110
Counsel for Petitioner
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com